UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENDRA ALZATE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CONAGRA BRANDS INC., a Delaware corporation doing business in the state of Washington; DS CONTAINERS, INC., a Delaware corporation doing business in the state of Washington; WALMART, INC., a Delaware corporation doing business in the state of Washington; JOHN DOE MANUFACTURERS I-III; and JOHN DOE DISTRIBUTORS I-III,<br><br>Defendants. | No.: 2:24-cv-00290-JHC<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

Having considered Defendant DS Containers, Inc's Motion for Extension of Time to Respond to Complaint (Dkt. # 17), which is unopposed, now, therefore, it is hereby

ORDERED that the deadline for Defendant DS Containers, Inc. to respond to Plaintiff's Complaint shall be extended for 30 days from March 12, 2024, to April 11, 2024.

1  DATED this 22nd day of March, 2024.

_____
John H. Chun
United States District Judge