1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10  KENDRA ALZATE, an individual,

No.: 2:24-cv-00290-JHC

11                    Plaintiff,

ORDER GRANTING DEFENDANT DS
CONTAINERS, INC.'S MOTION TO
DISMISS FOR LACK OF PERSONAL
JURISDICTION

12        v.

13  CONAGRA BRANDS INC., a Delaware
corporation doing business in the state of
14  Washington; DS CONTAINERS, INC., a
Delaware corporation doing business in the
15  state of Washington; WALMART, INC., a
Delaware corporation doing business in the
16  state of Washington; JOHN DOE
MANUFACTURERS I-III; and JOHN DOE
17  DISTRIBUTORS I-III,

18                    Defendants.

19

20        THIS MATTER comes before the Court on Defendant DS Containers, Inc.'s Motion

21  to Dismiss for Lack of Personal Jurisdiction.  Dkt. # 27.  Plaintiff does not oppose the

22  motion.  Dkt. # 31.  For the reasons argued in the motion, the Court GRANTS it and

23  DISMISSES the claims against DS Containers, Inc. without prejudice.

24
25
26

1    DATED this 30th day of April, 2024.

2

3

4    JOHN H. CHUN
     UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26