UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENDRA ALZATE, an individual,

        Plaintiff,

   v.

CONAGRA BRANDS INC., a Delaware corporation doing business in the state of Washington; DS CONTAINERS, INC., a Delaware corporation doing business in the state of Washington; WALMART, INC., a Delaware corporation doing business in the state of Washington; JOHN DOE MANUFACTURERS I-III; and JOHN DOE DISTRIBUTORS I-III,

        Defendants.

No.: 2:24-cv-00290-JHC

ORDER AWARDING ATTORNEY FEES TO DEFENDANT DS CONTAINERS, INC.

    THIS MATTER comes before the Court on Defendant DS Containers, Inc.'s Motion for Attorney's Fees. Dkt. # 34. The motion is unopposed. The Court considers the non-opposition as an admission that the motion has merit. *See* LCR 7(b)(2). And the motion does appear meritorious. Accordingly, the Court GRANTS the motion and ORDERS that Plaintiff shall pay reasonable attorney fees of $9,431 to DS Containers.

DATED this 3rd day of June, 2024.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE