Eddy Silverman, WSBA #53494
Dana C. Kopij, WSBA #31648
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
dkopij@williamskastner.com
esilverman@williamskastner.com
**Attorneys for Defendant Conagra Brands Inc.**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENDRA ALZATE, an individual, | NO. 2:24-cv-00290-JHC |
| Plaintiff, | STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL ON BEHALF OF CONAGRA BRANDS[,] INC. |
| v. | |
| CONAGRA BRANDS INC., a Delaware corporation doing business in the state of Washington; DS CONTAINERS, INC., a Delaware corporation doing business in the state of Washington; WALMART, INC., a Delaware corporation doing business in the state of Washington; JOHN DOE MANUFACTURERS I-III; and JOHN DOE DISTRIBUTORS I-III. | |
| Defendants. | |

## STIPULATION

Pursuant to LCR 83.2 of the United States District Court for the Western District of Washington, all remaining parties who have appeared herein hereby stipulate to allow Eddy Silverman and Dana C. Kopij of Williams Kastner & Gibbs PLLC to withdraw as counsel of

record for Defendant CONAGRA BRANDS[,] INC. ("Conagra"), and also stipulate that Joy Lee and Paige C. Kolbrick of Smith Freed Eberhard P.C. may substitute as counsel for Conagra.

Service of all future pleadings or papers in this matter, except process, shall be made upon Ms. Lee and Ms. Kolbrick at Smith Freed Eberhard P.C. 1215 4th Avenue, Suite 900, Seattle, WA 98161, JLee@smithfreed.com/PKolbrick@smithfreed.com.

Mr. Silverman will remain as counsel of record for Defendant WALMART, INC.

DATED this 12th day of July, 2024.

WILLIAMS, KASTNER & GIBBS PLLC

By   *s/Eddy Silverman*
    Eddy Silverman, WSBA No. 53494

    *s/Dana Kopij*
    Dana Kopij, WSBA No. 31648

601 Union Street, Suite 4100
Seattle, WA 98101-2380
Ph:   206.628.6600
Fax:   206.628.6611
Email: esilverman@williamskastner.com
       dkopij@williamskastner.com

***Withdrawing Counsel for Defendant Conagra Brands, Inc.***

DATED this 12th day of July, 2024.

SMITH FREED EBERHARD P.C.

By:   *s/Joy Lee*
    Joy Lee, WSBA No. 47826

    *s/Paige C. Kolbrick*
    Paige C. Kolbrick, WSBA No. 58610

1215 4th Avenue, Suite 900
Seattle, WA 98161
Ph: 206.576.7575
Fax: 206.576.7580
Email: jlee@smithfreed.com
      pkolbrick@smithfreed.com

***Substituting Counsel for Defendant Conagra Brands, Inc.***

//
//
//
//
//
//

DATED this 12th day of July, 2024.

STIPULATION AND ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL ON BEHALF OF CONAGRA
BRANDS[,] INC. - 2

| | |
|---|---|
| GLP ATTORNEYS PS INC | DATED this 12th day of July, 2024. |


GLP ATTORNEYS PS INC

By: _s/Roger J. Ermola_____
    Roger J. Ermola, WSBA #46228

By: _____
    Jonathan C. Yousling, WSBA #44638

115 N. Washington, Third Floor
Spokane, WA 99201
Ph:    509.455.3636
Fax:    509.321.7459
Email: rermola@glpattorneys.com
         jyousling@glpattorneys.com

*Co-Counsel for Plaintiff Kenda Alzate*

DATED this 12th day of July, 2024.

WILLIAMS, KASTNER & GIBBS PLLC

By _s/Eddy Silverman_____
    Eddy Silverman, WSBA No. 53494

601 Union Street, Suite 4100
Seattle, WA 98101-2380
Ph:    206.628.6600
Fax:    206.628.6611
Email: esilverman@williamskastner.com

*Counsel for Defendant Walmart, Inc.*

---

DATED this 12th day of July, 2024.

CRAIG SWAPP & ASSOCIATES

By: _s/Erin C. Dyer_____
    Erin C. Dyer, WSBA #35585

16201 East Indiana Avenue, Suite 1900
Spokane Valley, WA 99216
Ph:    509.252.5037
Fax:    509.928.9634
Email: erin.dyer@craigswapp.com

*Co-Counsel for Plaintiff Kenda Alzate*

ORDER

THIS MATTER having come before the Court by way of stipulated motion of Plaintiff Kendra Alzate, Defendant Conagra Brands[,] Inc., and Defendant Walmart, Inc., Dkt. # 37 and the Court being fully advised, it is now ORDERED as follows:

Eddy Silverman and Dana C. Kopij of Williams Kastner & Gibbs PLLC shall be allowed to be withdrawn as counsel of record for Defendant Conagra Brands[,] Inc. ("Conagra"), and Joy Lee and Paige C. Kolbrick of Smith Freed Eberhard P.C. shall substitute as counsel for Conagra.

Service of all future pleadings or papers in this matter, except process, shall be made upon Ms. Lee and Ms. Kolbrick at Smith Freed Eberhard P.C. 1215 4th Avenue, Suite 900, Seattle, WA 98161, JLee@smithfreed.com/PKolbrick@smithfreed.com.

Mr. Silverman will remain as counsel of record for Defendant Walmart, Inc.

Dated this 12th day of July, 2024.

_____
John H. Chun
United States District Judge

STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL ON BEHALF OF CONAGRA BRANDS[,] INC. - 4