UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENDRA ALZATE, an individual, | ) No. 2:24-cv-00290-JHC |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) ORDER GRANTING PARTIES' |
| v. | ) STIPULATED MOTION FOR |
| | ) CONTINUANCE |
| CONAGRA BRANDS INC., a Delaware | ) |
| corporation doing business in the state of | ) |
| Washington; DS CONTAINERS, INC., a | ) |
| Delaware corporation doing business in the | ) |
| state of Washington; WALMART, INC., a | ) |
| Delaware corporation doing business in the | ) |
| state of Washington; JOHN DOE | ) |
| MANUFACTURERS I-III; and JOHN DOE | ) |
| DISTRIBUTORS I-III, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Before the Court is the parties' Stipulated Motion for Continuance. Dkt. # 40. The Court GRANTS the motion and sets March 2, 2026, as the new trial date in this matter. The Court DIRECTS the Clerk to issue a new case scheduling order that is consistent with the new trial date.

ORDER GRANTING PARTIES' STIPULATED
MOTION FOR CONTINUANCE - 1

DONE this 22nd day of January, 2025.

John H. Chun
United States District Judge

ORDER GRANTING PARTIES' STIPULATED
MOTION FOR CONTINUANCE - 1