UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENDRA ALZATE, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>CONAGRA BRANDS INC., a Delaware corporation doing business in the state of Washington; DS CONTAINERS, INC., a Delaware corporation doing business in the state of Washington; WALMART, INC., a Delaware corporation doing business in the state of Washington; JOHN DOE MANUFACTURERS I-III; and JOHN DOE DISTRIBUTORS I-III,<br><br>  Defendants. | NO.  2:24-cv-00290-JHC<br><br>**ORDER TO CONTINUE TRIAL DATE AND ISSUE NEW CASE SCHEDULE** |

**THIS MATTER** comes before the Court upon the Parties' Stipulated Motion to Continue Trial Date and Issue New Case Schedule. Dkt. # 51. The Court GRANTS the motion and sets trial in this matter for September 14, 2026. The Court DIRECTS the Clerk to issue a new case schedule that begins with the deadline for discovery motions and includes all standard pretrial deadlines that follow.

The Court STRIKES as moot Plaintiff's "motion to expedite" at Dkt. # 52.

ORDER TO CONTINUE TRIAL DATE
AND ISSUE NEW CASE SCHEDULE  - 1

DATED this 14th day of October 2025.

                                                     *John H. Chun*
John H. Chun
United States District Judge