UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENDRA ALZATE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CONAGRA BRANDS INC., a Delaware corporation doing business in the state of Washington; DS CONTAINERS, INC., a Delaware corporation doing business in the state of Washington; WALMART INC., a Delaware corporation doing business in the state of Washington; JOHN DOE MANUFACTURERS I-III; and JOHN DOE DISTRIBUTORS I-III,<br><br>Defendants. | NO.  2:24-cv-00290-JHC<br><br>STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE<br><br>NOTED ON MOTION CALENDAR March 5, 2026 |

## I.    STIPULATED MOTION

The parties, by and through their respective counsel of record, stipulate and jointly move the Court for a continuance of the current trial date of September 14, 2026, pursuant to Fed. R. Civ. P. 6 and LCR 10(g). The parties request that the trial be continued for six months to March 15, 2027, or to the earliest date thereafter that is convenient for the Court, and that the case scheduling order be amended accordingly.

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL
DATE  - 1

Good cause supports this continuance. Previously, the parties required a continuance to complete depositions before the discovery cutoff. Then, on August 29, 2025, defense counsel located the canister that injured Plaintiff, critical physical evidence previously believed to be lost or destroyed, which necessitated additional time for expert inspections, testing, and related discovery. Now, after having engaged in said inspections, the parties have agreed to participate in mediation and have already begun contacting potential mediators; however, the parties' agreed-upon mediators are scheduling several months in advance, and additional time is needed to secure a mediation date and complete discovery beforehand. A continuance will allow the parties to engage in meaningful alternative dispute resolution, which may narrow the issues for trial or resolve this case entirely, thereby serving the interests of judicial economy.

DATED this 5th day of March, 2026.

//

//

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL
DATE  - 2

WILLIAMS, KASTNER & GIBBS PLLC

By: *s/ Eddy Silverman*
      Eddy Silverman, WSBA No. 53494
      Leah Harris, WSBA No. 62993
      601 Union Street, Ste 4000
      Seattle, WA 98101-2380
      Ph: (206) 628-6600
      F: (206) 628-6611
      E: esilverman@williamskatner.com
         lharris@williamskastner.com

***Counsel for Defendant Walmart Inc.***

GLP ATTORNEYS PS INC

By:  *s/Roger J. Ermola*
      Roger J. Ermola, WSBA #46228
      Blake R. Kurtzman, WSBA #61265
      Jonathan Yousling, WSBA #44638
      115 N. Washington, Third Floor
      Spokane, WA 99201
      Phone: (509) 455-3636
      Fax:    (509) 321-7459
      Email: rermola@glpattorneys.com
         jyousling@glpattorneys.com

***Counsel for Plaintiff Kendra Alzate***

SMITH FREED EBERHARD P.C.

By:  *s/Joy Lee*
      Joy Lee, WSBA No. 47826
      John Barton, WSBA No. 45529
      Paige C. Kolbrick, WSBA No. 58610
      1215 4th Avenue, Suite 900
      Seattle, WA 98161
      Ph: 206.576.7575
      F: 206.576.7580
      E: jlee@smithfreed.com
         jbarton@smithfreed.com
         pkolbrick@smithfreed.com

***Counsel for Defendant Conagra Brands, Inc.***

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL
DATE  - 3

II.    ORDER

THIS MATTER having come on for hearing before the undersigned Judge of the above-captioned Court upon the parties' foregoing Stipulated Motion for Continuance of Trial Date. Having reviewed the parties' stipulation and finding good cause, the Court GRANTS the motion. It is now therefore ORDERED that the trial date in this matter is continued to **March 15, 2027**; and IT IS FURTHER ORDERED that the Clerk shall issue a new case schedule in accordance with the new trial date.

DATED this 6th day of March, 2026.

John H. Chun
United States District Judge

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL
DATE  - 4