**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| KENDRA ALZATE, an individual, | Cause No 2:24-cv-00290-JHC |
| Plaintiff, | **STIPULATION FOR AND ORDER OF DISMISSAL** |
| v. | |
| CONAGRA BRANDS INC., a Delaware corporation doing business in the state of Washington; DS CONTAINERS, INC., a Delaware corporation doing business in the state of Washington; WALMART, INC., a Delaware corporation doing business in the state of Washington; JOHN DOE MANUFACTURERS I-III and JOHN DOE DISTRIBUTORS I-III, | **NOTED ON MOTION CALENDAR:** **June 17, 2026** |
| Defendants. | |

**STIPULATION**

COME NOW the Plaintiff and Defendants Walmart Inc., and Conagra Brands, Inc., by and through their undersigned attorneys of record, and stipulate that the above-captioned matter has been fully resolved and shall be dismissed with prejudice and without award of costs or fees to either party.

STIPULATION FOR AND ORDER OF DISMISSAL -
Page 1
(Case No. 2:24-cv-00290-JHC)
59i1209

Dated this 17th day of June 2026.

GLP ATTORNEYS, P.S., Inc.                    SMITH FREED EBERHARD P.C.

*/s/ John Acken*
John Louis Acken, WSBA # 48468               */s/ Joy Lee*
Roger Ermola, WSBA # 46228                   Joy Lee, WSBA #47826
Blake Kurtzman, WSBA #61265                  John D. Barton, WSBA # 45529
2601 4th Avenue, Floor 6                     1215 4th Ave., Suite 900
Seattle, WA 98121                            Seattle, WA 98161
jacken@glpattorneys.com                      206-576-7575
rermola@glpattorneys.com                     JLee@smithfreed.com
bkurtzman@glpattorneys.com                   JBarton@smithfreed.com
*Attorneys for Plaintiff Kendra Alzate*      *Attorneys for Defendant Conagra Brands,*
                                             *Inc.*

WILLIAMS KASTNER


*/s/ Eddy Silverman*
Edward Silverman, WSBA # 53494
Leah Harris, WSBA # 62993
601 Union Street, Suite 4000
Seattle, WA 98101
esliverman@williamskastner.com
lharris@williamskastner.com
*Attorneys for Defendant WalMart Inc.*

## ORDER OF DISMISSAL

The Court having considered the foregoing Stipulation and having reviewed the files and

records herein and having been fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that the above captioned-matter is dismissed with

prejudice and without award of costs or fees to any party.

Dated this 17th day of June, 2026.


_____
John H. Chun
United States District Judge


STIPULATION FOR AND ORDER OF DISMISSAL -
Page  2
(Case No. 2:24-cv-00290-JHC)
59i1209